ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Conquistador Dorado Joint Venture | ) ASBCA No. 60475 |
| | ) |
| Under Contract No. N69450-08-C-1267 | ) |

APPEARANCES FOR THE APPELLANT:     Stephen B. Hurlbut, Esq.
                                   John M. Neary, Esq.
                                   Daniel R. Miktus, Esq.
                                     Akerman LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                     Navy Chief Trial Attorney
                                   David M. Marquez, Esq.
                                   David M. Ruddy, Esq.
                                     Trial Attorneys

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: April 25, 2023

_____
MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60475, Appeal of Conquistador Dorado Joint Venture, rendered in conformance with the Board's Charter.

Dated:  April 27, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals